## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

### No. 15-6059

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

FLOYD JUNIOR POWELL, a/k/a Dick,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:99-cr-00012-RLV-6)

Submitted: April 3, 2015        Decided: April 24, 2015

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Floyd Junior Powell, Appellant Pro Se. William A. Brafford, Assistant United States Attorney, Craig Darren Randall, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Powell, No. 5:99-cr-00012-RLV-6 (W.D.N.C. Dec. 16, 2014). Powell has filed motions requesting leave to file an amended informal brief and other exhibits on appeal, for appointment of counsel under the Criminal Justice Act, and for other relief. We grant Powell leave to file the amended informal brief, but we deny the requests for appointment of counsel and other relief on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED